UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00207-BR |
| v. | INFORMATION |
| SHANT SINGH AHUJA, | 18 U.S.C. § 1361 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Destruction of Federal Government Property)**
**(18 U.S.C. § 1361)**

On or about July 4, 2020, in the District of Oregon, defendant SHANT SINGH AHUJA willfully damaged and destroyed property owned by the United States, that is, a closed-circuit video camera that was mounted on the south exterior side of the Mark O. Hatfield United States Courthouse.

In violation of Title 18, United States Code, Section 1361.

Dated: July 6, 2020.                                         Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

 */s/ Gary Y. Sussman*
GARY Y. SUSSMAN, OSB 873568
Assistant United States Attorney