MARK C. COGAN, OSB 920167
JEFFREY A. TURNOY, OSB 124814
1500 SW FIRST AVENUE, SUITE 780
PORTLAND, OR 97201
503-827-8092
email: mark@coganlawoffice.com
ATTORNEY FOR DEFENDANT SHANT SINGH AHUJA

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE No. 3:20-cr-00207-BR |
| Plaintiff, | ) | |
| | ) | DEFENDANT'S UNOPPOSED MOTION |
| vs. | ) | TO CONTINUE TRIAL DATE |
| | ) | |
| SHANT SINGH AHUJA, | ) | |
| Defendant. | ) | |
| | ) | |

Defendant SHANT SINGH AHUJA, through counsel, Mark C. Cogan, respectfully moves the above-entitled Court, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), to continue his trial, which is presently scheduled for May 18, 2021, for a period of approximately 120 days, to September 21, 2021. This motion is based on the reasons set forth in the accompanying declaration of counsel.

Mr. Ahuja understands that this motion will result in excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted this 28th day of April, 2021.

s/d Mark C. Cogan
Mark C. Cogan, OSB #920167
Attorney for SHANT SINGH AHUJA