# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.  3:20-CR-00207-BR** |
| **Plaintiff,** | **CRIMINAL CASE MANAGEMENT ORDER** |
| v. | |
| **SHANT SINGH AHUJA,** | |
| **Defendant.** | |

**Scott Asphaug**
Acting United States Attorney
**Ashley Renee Cadotte**
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland,  OR  97204
(503) 727-1000
              Attorneys for Plaintiff


Jeffrey A. Turnoy
Mark C. Cogan, P.C. Law Offices
1500 SW 1st Ave
Suite 780
Portland, OR 97201
503-477-5150
              Attorney for Defendant


Page 1 - CRIMINAL CASE MANAGEMENT ORDER

BROWN, Judge.

Unless otherwise ordered by the Court, the parties shall comply with the following requirements when requesting a continuance of the trial date and submitting trial documents.

1. <u>Motions to Continue</u>:  Any motion to continue trial must be in writing and submitted *no later than Noon* on the Tuesday before the existing trial date.  The Motion shall be accompanied by:

    a.    An affidavit or other source of evidence from which the Court may make factual findings sufficient under the Speedy Trial Act to allow a continuance, including but not limited to:

        (1)    The calendaring history of the case, including the number of  previous continuances, and a computation of the time remaining under the Speedy Trial Act calculated from the filing of the charging instrument or Defendant's first appearance, whichever is later;

        (2)    The reasons a continuance is necessary, stated with sufficient   specificity [1] to permit the Court to make findings concerning both the necessity for and the extent of a continuance;

        (3)    The *facts* from which the Court may conclude the moving Defendant understands the rights provided by the Speedy Trial Act but agrees with the proposed  continuance for the purposes stated and the extent requested;

        (4)    The positions of all other parties concerning the proposed continuance; and

---

[1] If necessary to prevent disclosure of work product or other privileged material, a party may submit an additional affidavit under seal setting out the facts that warrant a continuance.

(5)    A calculation of the time the moving Defendant has been in custody

solely because the Defendant is awaiting trial (18 U.S.C. § 3164(c)).

2.  Trial Documents

   a.    Seven (7) days prior to trial, the parties shall simultaneously file the following

   pretrial documents:

      (1)    all motions *in limine*;

      (2)    trial memoranda;

      (3)    proposed jury instructions following Ninth Circuit Model Jury

      Instructions when possible (parties shall submit a complete set of jury

      instructions, in plain text or rich text format (Word or WordPerfect

      compatible) as an attachment to an email message sent to the Judge's

      paralegal  immediately following the electronic filing of the propose

      instructions (see LR 51-1(d)(2));

      (4)    proposed form of verdict;

      (5)    proposed *voir dire* questions;

      (6)    exhibit lists; and

      (7)    witness lists, including summaries of any expert testimony.

   b.    Four (4)-days prior to trial, by 3:00 P.M., any responses to the above documents

   shall be filed.

IT IS SO ORDERED.

DATED this August 5, 2021.

_/s/ Anna J. Brown_____
ANNA J. BROWN
United States Senior District Judge

Paralegal: Bonnie Boyer
Phone:  (503) 326-8355
Email:bonnie_boyer@ord.uscourts.gov