SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**ASHLEY R. CADOTTE, OSB #122926**
Assistant United States Attorney
Ashley.Cadotte@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00207-BR |
| v. | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| **SHANT SINGH AHUJA,** | |
| **Defendant.** | |

The United States of America respectfully moves this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an order dismissing without prejudice the Information filed July 6, 2020, charging defendant with Destruction of Federal Government Property.

The government seeks this dismissal in the interest of justice and without prejudice.

Dated: August 26, 2021               Respectfully submitted,

                                     SCOTT ERIK ASPHAUG
                                     Acting United States Attorney

                                     */s/ Ashley R. Cadotte*
                                     ASHLEY R. CADOTTE, OSB #122926
                                     Assistant United States Attorney